IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 )   No. 09-CR-30181-DRH
                                    )
JOSE LUIS CALVO-SAUCEDO,            )
                                    )
        Defendant.

## MOTION TO QUASH ARREST AND SUPPRESS EVIDENCE

COMES NOW Defendant, Jose Luis Calvo-Saucedo, through counsel, Todd M. Schultz, Assistant Federal Public Defender for the Southern District of Illinois, and moves this Court to quash his arrest and suppress all evidence obtained as a result of the illegal search of his car on November 13, 2009.   In support thereof, Defendant states as follows:

1. Officers Kevin Thebeau (Thebeau) of the Granite City Police Department and Todd Huskey (Huskey) of the Troy Police Department  conducted a traffic stop of Defendant's car on November 13, 2009.

2.  After issuing Defendant a warning citation for improper lane usage, Thebeau requested permission to search Defendant's car and Defendant verbally consented.

3.  During his search, Thebeau dismantled the passengerside frontdoor rocker panel of Defendant's car by first unfastening the clips which held it in place and then removing the rubber strip.

4.  After dismantling it, Thebeau peered into a hole in the rocker panel with the aid of his flashlight.  He then poked his pocket knife into the hole and discovered a white powdery substance on the tip of the blade when he removed it.

5.  Thebeau's dismantling of the rocker panel violated Defendant's Fourth Amendment rights because it exceeded the scope of his consent.

6.  Ten kilo-sized bundles of cocaine were recovered from Defendant's car as a result of this illegal search.

WHEREFORE, Defendant prays that this Court grant his Motion to Quash Arrest and Suppress Evidence and exclude all evidence, including the cocaine, obtained as a result of the Fourth Amendment violation.

Respectfully submitted,

*/s/* Todd M. Schultz
TODD M. SCHULTZ
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon Dan Kapsak, Assistant United States Attorney, Southern District of Illinois, Nine Executive Drive, Fairview Heights, Illinois 62208, via electronic filing with the Clerk of the Court using the CM/ECF system this 22nd day of January 2010.

*/s/* Todd M. Schultz
TODD M. SCHULTZ