IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                          CRIMINAL NO. 09-CR-30181-DRH

JOSE LUIS CALVO-SAUCEDO,

        Defendant.

### ORDER REMITTING FINE

This matter is before the Court on the Government's motion, pursuant to 18 U.S.C. § 3573, for remission of the unpaid portion of the fine imposed in this case (Doc 74). Defendant Jose Luis Calvo Saucedo has been deported, thus no longer resides in the United States. In the interest of justice, based upon the Government's showing that reasonable efforts to collect the fine are not likely to be effective, the Government's motion is **GRANTED**. Therefore, pursuant to 18 U.S.C. § 3573, the unpaid portion of the fine imposed against Defendant in the amount of $225.00, is **REMITTED**.

**IT IS SO ORDERED.**

Signed this 20th of October, 2015.

Digitally signed by Judge David R. Herndon
Date: 2015.10.20 17:04:17 -05'00'

_____
David R. Herndon
United States District Judge